# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAPLEY** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 20-0864 |
| | : | |
| **TRANS UNION, LLC et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, upon consideration of movant Cynthia Zoccali's Motion to Intervene (ECF No. 50), the parties' responses thereto (ECF Nos. 53, 56), and Movant Zoccali's other filings (ECF No. 57 and 59), to the extent that they can be construed as a reply brief regarding her Motion to Intervene, it is hereby **ORDERED** that movant Cynthia Zoccali's Motion to Intervene (ECF No. 50) is **DENIED** with prejudice.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**